**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kim Abramson,<br><br>    Plaintiff,<br><br>v.<br><br>Trans Union LLC, et al.,<br><br>    Defendants. | No. CV-21-00459-TUC-JCH<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint ("Stipulation") (Doc. 7). The parties request that Defendant Nelnet Loan Services Inc. be given until December 24, 2021 to file an answer or a responsive pleading to the Complaint (Doc. 1). Good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 7) is **GRANTED**. Defendant must file an answer or a responsive pleading to the Complaint on or before **December 24, 2021**.

Dated this 2nd day of December, 2021.

_____
Honorable John C. Hinderaker
United States District Judge