**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kim Abramson, | No. CV-21-00459-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Trans Union LLC, et al., | |
| Defendants. | |

On December 2, 2021, the Court granted the parties' December 1, 2021 Stipulation (Doc. 7) which requested Defendant Nelnet Loan Services Inc. be given until December 24, 2021 to file an answer or a responsive pleading to the Complaint (Doc. 1). (*See* Doc. 8.) Defendant Trans Union LLC ("Trans Union") did not join in the December 1, 2021 Stipulation.

Pending before the Court is a Joint Stipulation for Extension of Time for Defendant Trans Union to Answer or Otherwise Respond to Plaintiff's Complaint ("Stipulation") (Doc. 9). The parties request that Defendant Trans Union be given until January 2, 2022 to file an answer or a responsive pleading to the Complaint (Doc. 1). Good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 7) is **GRANTED**. Defendant Trans Union must file an answer or a responsive pleading to the Complaint on or before **January 2, 2022**.

Dated this 6th day of December, 2021.

_____
Honorable John C. Hinderaker
United States District Judge