**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kim Abramson, | No. CV-21-00459-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Trans Union LLC, et al., | |
| Defendants. | |

On December 7, 2021, the Court granted the parties' December 3, 2021 Stipulation (Doc. 9) which requested Defendant Trans Union LLC be given until January 2, 2022 to file an answer or a responsive pleading to the Complaint (Doc. 1). (*See* Doc. 12.)

Pending before the Court is the parties' second Joint Stipulation for Extension of Time for Defendant Trans Union to Answer or Otherwise Respond to Plaintiff's Complaint ("Stipulation") (Doc. 14). The parties request that Defendant Trans Union be given until January 18, 2022 to file an answer or a responsive pleading to the Complaint (Doc. 1). Good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 14) is **GRANTED**. Defendant Trans Union LLC must file an answer or a responsive pleading to the Complaint on or before **January 18, 2022**.

Dated this 30th day of December, 2021.

Honorable John C. Hinderaker
United States District Judge