**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kim Abramson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Trans Union LLC, et al.,<br><br>　　　　　Defendants. | No. CV-21-00459-TUC-JCH<br><br>**ORDER** |

　　　　Pending before the Court is a proposed Stipulation for Dismissal with Prejudice ("Stipulation") (Doc. 25). The Stipulation, filed pursuant to Fed. R. Civ. P. 41(a)(2), seeks to dismiss with prejudice all claims and causes of actions asserted by Plaintiff Kim Abramson ("Plaintiff") with respect to Defendant Nelnet Loan Services Inc. ("Defendant Nelnet"). (*Id*. at 1.) If the Court grants the Stipulation, the case will proceed only as to Defendant Trans Union LLC ("Defendant Trans Union"). Good cause appearing,

　　　　**IT IS ORDERED GRANTING** the parties' Stipulation for Dismissal (Doc. 25).

　　　　**IT IS FURTHER ORDERED DISMISSING WITH PREJUDICE** Defendant Nelnet Loan Services Inc. from this action. The action will proceed as to Defendant Trans Union LLC.

　　　　Dated this 9th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable John C. Hinderaker
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge